JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARY HELEN MORALEZ,                  ) Case No. EDCV 11-155-OP
                                     )
              Plaintiff,             )
                                     ) JUDGMENT
          v.                         )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
              Defendant.             )

      Pursuant to the Memorandum Opinion; Order of the United States

Magistrate Judge,

      IT IS ADJUDGED that Judgment be entered affirming the decision of the

Commissioner of Social Security and dismissing this action with prejudice.

DATED: August 31, 2011
                                  _____
                                  HONORABLE OSWALD PARADA
                                  United States Magistrate Judge